UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |
| _____ / | |
| THIS DOCUMENT RELATES TO:<br><br>Linda Neal, Individually and as the surviving spouse/personal representative of James Neal (DECEASED)<br><br>_____<br>(Plaintiff Name(s)) | JURY TRIAL DEMANDED |

## SHORT-FORM COMPLAINT - VERSION 2

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Amended Master Personal Injury Complaint ("AMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint - Version 2 as permitted by Pretrial Order No. 31 and as modified by the Court's Orders regarding motions to dismiss [DE 2532, 2512, 2513, 2515, and 2016].

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

**I.     PARTIES, JURISDICTION, AND VENUE**

**A. PLAINTIFF(S)**

1. Plaintiff(s) LINDA NEAL_____

   ("Plaintiff(s)") brings this action (check the applicable designation):

   ☐     On behalf of [*himself/herself*];

1

      [X]    In representative capacity as the <u>surviving spouse</u>, on behalf of the injured party, (Injured Party's Name) <u>James Neal</u>.

2. Injured Party is currently a resident and citizen of (City, State) _____ and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) <u>Apr 10 2021</u>. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) <u>Medina      TN</u>.

If any party claims loss of consortium,

3. <u>Linda Neal</u> ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) <u>Medina      TN</u>.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) <u>Medina      TN</u>.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Amended Master Personal Injury Complaint in this action:

    **a. Brand-Name Manufacturers:**
    Pfizer Inc.; Boehringer Ingelheim USA Corporation; Sanofi S.A.; GlaxoSmithKline LLC; GlaxoSmithKline (America) Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Sanofi-Aventis U.S. LLC; Boehringer Ingelheim International GmbH; Patheon Manufacturing Service LLC; Boehringer Ingelheim Promeco, S.A. de C.V.; Boehringer Ingelheim Corporation; Sanofi US Services Inc.; GlaxoSmithKline PLC

b. **Generic Manufacturers:**

    ANDA Repository LLC; Hi-Tech Pharmacal Co., Inc.; Sun Pharmaceutical Industries Ltd.; Amneal Pharmaceuticals of New York, LLC; Torrent Pharma Inc.; Acic Pharmaceuticals, Inc.; Zydus Pharmaceuticals (USA) Inc.; L. Perrigo Co.; Novitium Pharma LLC; Teva Pharmaceticals U.S.A., Inc.; Taro Pharmaceuticals U.S.A., Inc.; Strides Pharma, Inc.; Emcure Pharmaceuticals Limited; Mylan Pharmaceuticals, Inc.; Glenmark Pharmaceuticals, Inc., USA; Ranbaxy Inc.; Appco Pharma LLC; VKT Pharma Inc.; Hikma Pharmaceuticals USA, Inc. f/k/a/ West-Ward Pharmaceuticals Corp.; Mylan, Inc.; Ani Pharmaceuticals Inc.; Unique Pharmaceutical Laboratories Ltd.; Taro Pharmaceutical Industries, Ltd.; Auro Health LLC; AmeriSource Health Services LLC d/b/a American Health Packaging; Perrigo Company; Heritage Pharma Labs Inc.; Lannett Co., Inc.; Aurobindo Pharma USA, Inc.; Watson Laboratories, Inc.; Sandoz Inc.; Ajanta Pharma USA Inc.; Heritage Pharmaceuticals, Inc.; PAI Holdings, LLC f/k/a Pharmaceutical Associates, Inc.; Mylan Institutional LLC; Amneal Pharmaceuticals,

c. **Distributors and Repackager:**

    Aurobindo Pharma USA, Inc.; Mylan, Inc.; Wockhardt USA LLC; Dr. Reddy's Laboratories Inc.; Apotex Inc.; Geri-Care Pharmaceuticals Corp.; Strides Pharma, Inc.; Novitium Pharma LLC; Lannett Co., Inc.; Amneal Pharmaceuticals of New York, LLC; Golden State Medical Supply, Inc.; L. Perrigo Co.; Zydus Pharmaceuticals (USA) Inc.; Strides Pharma Global Pte. Ltd.; Glenmark Pharmaceuticals Ltd.; Mylan Pharmaceuticals, Inc.; Aurobindo Pharma, Ltd.; Perrigo Company, PLC; Strides Pharma Science Ltd.; Wockhardt USA, Inc.; Apotex Corporation; Glenmark Pharmaceuticals, Inc., USA; McKesson Corporation; Precision Dose Inc.; Amneal Pharmaceuticals, Inc.; VKT Pharma Inc.; Perrigo Company; Cadila Healthcare Limited; Dr. Reddy's Laboratories, Ltd.; Granules USA, Inc.; Ajanta Pharma USA Inc.; AmeriSource Health Services LLC d/b/a American Health Packaging; Mylan Laboratories Ltd.; VKT Pharma Private Ltd.; Ajanta Pharma Ltd.; Perrigo Research &amp; Development Company; Cardinal Health, Inc.; Dr. Reddy's Laboratories SA; Granules India, Ltd.; Geri-Care

d. **Retailers:**

    Walgreen Co.; Sam's West, Inc.; Wal-Mart; The Kroger Co.

e. **Others Not Named in the AMPIC:**

    Walgreens Boots Alliance, Inc.; AmerisourceBergen Corporation; Walmart Inc. f/k/a Wal-Mart Stores, Inc.; The Kroger Co.; Sam's West, Inc.

3

## C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

    <u>  Western    </u> District of <u>  TN    </u>

8. Jurisdiction is proper upon diversity of citizenship.

## II.  PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    ☒   By prescription

    ☒   Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) <u>Jan     2009    </u> to <u>Feb    2020    </u>.

## III.  PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☒ | BLADDER CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL/INTESTINAL CANCER | |
| ☐ | ESOPHAGEAL CANCER | |

4

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | GASTRIC CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☐ | PROSTATE CANCER | |
| ☐ | OTHER CANCER: | |
| ☒ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s)

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Amended Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff(s) assert these causes of action based upon the law and applicable Sub-Counts of the following state(s):[1]

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☒ | I | Strict Products Liability – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |

---

[1] In selecting the relevant states above, Plaintiffs reserve all rights to argue choice of law issues at a later time.

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☒ | II | Negligence – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | III | Strict Products Liability – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | IV | Negligence – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, OK, and WA |
| ☐ | V | Negligence - Failure to Warn Consumers through the FDA (Against Brand-Name and Generic Manufacturer Defendants) | CA, DE, DC, HI, IN, KY, LA, MD, MA, MN, MO, NV, NY, OR, and PA |
| ☒ | VI | Strict Products Liability – Design Defect Due to Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VII | Strict Products Liability – Design Defect Due to Improper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | VIII | Negligent Failure to Test (Against Brand-Name and Generic Manufacturer Defendants) | KS, TX |
| ☒ | IX | Negligent Product Containers: (Against Brand-Name and Generic Manufacturers of pills) | All States and Territories |
| ☒ | X | Negligent Storage and Transportation Outside the Labeled Range (Against All Retailer and Distributor Defendants) | All States and Territories |
| ☒ | XI | Negligent Storage and Transportation Outside the Labeled Range (Against All Brand-Name and Generic Manufacturer Defendants) | All States and Territories |
| ☐ | XII | Negligent Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in California) | CA only |
| ☐ | XIII | Reckless Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in Massachusetts) | MA only |

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☒ | XIV | Unjust Enrichment (Against All Defendants) | All States and Territories |
| ☒ | XV | Loss of Consortium (Against All Defendants) | All States and Territories |
| ☒ | XVI | Wrongful Death (Against All Defendants) | All States and Territories |
| ☐ | | Other | |

If Count XV or Count XVI is alleged, additional facts supporting the claim(s):

XV. Linda Neal brings this action for loss of consortium of her deceased husband, James Neal - who died from bladder cancer after having taken Zantack (Ranitidine) for over 10 years. Prior to his death from bladder cancer on April 10, 2021, James Neal regularly provided his wife with care, companionship services and other compensible consortium services.

XVI. James Neal, deceased, died on April 10, 2021 from bladder cancer after having taken Zantac and/or Ranitidine for over 10 years.

## V. JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Amended Master Personal Injury Complaint.

Attorney 1 Signature: Michael L. Weinman
Attorney 1 Print: Michael L. Weinman
Attorney 2 Signature: ___
Attorney 2 Print: ___
Firm: Weinman & Associates
Address 1: 101 N. Highland Ave
Address 2: P.O. Box 266
City: Jackson
State: Tennessee
Zip: 38302
Email: mike@weinmanthomas.com
Phone: 7314235565

Attorney 1 Signature: ___
Attorney 1 Print: ___
Attorney 2 Signature: ___
Attorney 2 Print: ___
Firm: ___
Address 1: ___
Address 2: ___
City: ___
State: ___
Zip: ___
Email: ___
Phone: ___